

# Fourth Court of Appeals
## San Antonio, Texas

July 16, 2014

No. 04-14-00046-CV

**IN THE ESTATE OF MARIA F. HERNANDEZ, DECEASED,**

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2013-PC-1030
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

After appellant filed the appellant's brief and appellee filed appellee's brief, appellant filed a motion asking this court to compel the court reporter to file portions of the reporter's record appellant contends was requested, but was not filed. On July 15, 2014, the reporter filed the remaining portions of the record requested by appellant. The reporter advised the court that she believed the missing records had been previously filed. Accordingly, we **DENY AS MOOT** appellant's motion to compel the reporter to supplement the record as the reporter has already done so.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court